UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

US FREEDOM FLYERS, *et al.*,

    Plaintiffs,

v.

ATLAS AIR, INC., *et al.*,

    Defendants.

Case No. 22-cv-21477-CMA-EGT

**DEFENDANTS ATLAS AIR, INC., JOHN W. DIETRICH,
PATRICIA GOODWIN-PETERS, AND JEFFREY CARLSON'S
NOTICE OF SIMILAR CASE**

In accordance with Local Rule 3.8 and Internal Operating Procedure 2.15.00, Defendants Atlas Air, Inc., John W. Dietrich, Patricia Goodwin-Peters, and Jeffrey Carlson (collectively, "Atlas Air Defendants") certify that the instant action is similar to a closed civil case previously filed in this Court, as described below:

*Hencey, et al. v. United Airlines, Inc., et al.*, Case No. 21-cv-61702 (S.D. Fla.).

*Hencey* was filed by the same Plaintiffs' counsel who has appeared in this case, Kenneth W. Ferguson, asserting substantially similar allegations involving COVID-19 vaccine policies implemented by United Airlines, Inc. ("United"). Similar to the claims asserted by Plaintiffs in this action, the *Hencey* plaintiffs alleged United violated various constitutional rights, Title VII, Genetic Information Non-Discrimination Act, and other federal and state laws by implementing precautionary COVID-19 measures. United States District Judge Darren P. Gayles denied the *Hencey* plaintiffs' petition for a temporary restraining order [ECF No. 9] and thereafter *sua sponte* dismissed without prejudice and administratively closed the action on September 16, 2021. *See* Order Dismissing Action Without Prejudice [ECF No. 13].

Atlas Air Defendants further certify that they will serve a copy of this Notice of Similar Case upon each party no later than fourteen days after appearance of the party.

Dated: June 6, 2022

Respectfully submitted,

/s/ *Michelle Hogan*
Eliot Pedrosa
Florida Bar No. 182443
epedrosa@jonesday.com
Michelle Hogan
Florida Bar No. 1010992
mhogan@jonesday.com
JONES DAY
600 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone:  (305) 714-9700
Facsimile:  (305) 714-9799

Jonathan M. Linus (*pro hac vice pending*)
jlinas@JonesDay.com
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

Alexander V. Maugeri (*pro hac vice pending*)
amaugeri@jonesday.com
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Courtney L. Burks (*pro hac vice pending*)
cburks@jonesday.com
JONES DAY
90 S. Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: (612) 217-8800
Facsimile: (844) 345-3178

*Attorneys for Atlas Air Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Michelle Hogan*
Michelle Hogan